# JacksonLewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2024

Andrew M. Sherwood
Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4062 Direct
Andrew.Sherwood@JacksonLewis.com
JacksonLewis.com

October 11, 2024

Via ECF

Honorable Mary K. Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Joint Letter-Motion to Adjourn the Initial Pretrial Conference
               *Dupree v. Travel + Leisure Clubs & Rental, LLC et al.* (No. 24-cv-5039-MKV)

Your Honor:

We represent the Defendants in the above-captioned case.

Pursuant to Rule 2(G) of Your Honor's Individual Rules of Practice, we write jointly, on behalf of the parties, to respectfully request an adjournment of the Initial Pretrial Conference scheduled for October 22, 2024. (*See* ECF No. 11 (Notice of Initial Pretrial Conference).)

We request this adjournment because the parties are currently participating in the Southern District's mediation program for counseled employment discrimination cases and are in the midst of scheduling a mediation date. (*See* ECF No. 12 (Automatic Referral to Mediation).) The parties have an initial conference with the assigned mediator on October 15, 2024, and the mediation will not be completed prior to the Initial Pretrial Conference. The parties therefore respectfully request an adjournment of the Initial Pretrial Conference to a date after the mediation has been completed.

Counsel for the parties propose to submit a letter to Your Honor notifying the Court of the date on which the mediation has been scheduled, once that date is available. This is the parties first request for an adjournment of the Initial Pretrial Conference and the requested adjournment does not affect any other scheduled dates.

We thank Your Honor for your attention to this request.

Respectfully submitted,

/s/ Andrew M. Sherwood

Andrew M. Sherwood

cc:    All Counsel of Record via ECF

**GRANTED. The Initial Pretrial Conference scheduled for October 22, 2024 at 10:30 AM is ADJOURNED to November 26, 2024 at 2:30 PM. The parties are DIRECTED to file a joint letter within one week of any mediation session advising the Court of the status, but not the substance, of settlement efforts. SO ORDERED.**

Date: 10/11/2024
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge