USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIESHA DUPREE, <br><br> Plaintiff, <br><br> -against- <br><br> TRAVEL + LEISURE CLUBS & RENTAL, LLC and CHRISTOPHER GEORGE, <br><br> Defendants. | 1:24-cv-05039-MKV <br><br> **ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The Court declines to adopt the parties' Stipulation and Proposed Order to Amend the Caption. [ECF No. 15]. However, the Court grants leave to the Plaintiff to file an Amended Complaint naming the appropriate defendants, *see* Fed. R. Civ. Pro. 15(a)(2), and directs the Plaintiff to voluntarily dismiss the improperly named defendant.

**SO ORDERED.**

Date: November 12, 2024
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1