USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIESHA DUPREE,

                Plaintiff,

-against-

WYNDHAM VACATION OWNERSHIP, INC. and CHRISTOPHER GEORGE,

                Defendants.

1:24-cv-05039-MKV

**ORDER OF DISMISSAL**

---

**MARY KAY VYSKOCIL, United States District Judge:**

    The Court is in receipt of a joint letter informing the Court that the parties have reached a settlement in principle [ECF No. 19]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by December 30, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). IT IS FURTHER ORDERED that the Initial Pre-trial Conference scheduled for December 3, 2024 at 2:30 PM is ADJOURNED *sine die*.

**SO ORDERED.**

Date: November 26, 2024
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**